**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**
                **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-116-Orl-18DAB**

**BREVARD COUNTY PARKS AND**
**RECREATION,**
**FLORIDA ASSOCIATION OF COUNTIES**
**TRUST RISK SERVICES**
**CORPORATION,**
                **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. No. 12)**
>
> **FILED:** **May 1, 2006**
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Upon an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a) (1996). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the

issue presented is frivolous. *Id.* Here, Plaintiff's position (as set forth in her papers) is without arguable merit and is therefore frivolous (Doc. No. 10).

As set forth by this Court in a prior suit brought by this Plaintiff arising out of the identical incident she complains of here, Plaintiff's claims have already been dismissed as without merit or frivolous by this Court, and by the Eleventh Circuit. *See* Case Nos. 6:04cv1146-28KRS; 6:05cv1165-18DAB; 6:05cv1644-19JGG; and 6:06cv90-31DAB.

It is **respectfully recommended** that the District Court certify that the appeal is not taken in good faith, and deny the motion.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 2, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy