UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN MARTINEZ,
                 Plaintiff,

-vs-                                             Case No. 6:06-cv-116-Orl-18DAB

BREVARD COUNTY PARKS AND
RECREATION,
FLORIDA ASSOCIATION OF COUNTIES
TRUST RISK SERVICES CORPORATION,
                 Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Proceed In Forma Pauperis on Appeal (Doc. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and the motion is DENIED.**

It is **SO ORDERED** in Orlando, Florida, this 23 day of May, 2006.

                                               G. KENDALL SHARP
                                               Senior United States District Judge

Copies to:

Pro Se Plaintiff
Counsel of Record
United States Magistrate Judge